UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

                                ORDER

JAMARR SIMMONS,                          20 Cr. 57 (GBD)

                    Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Defendant's request to purchase a laptop computer and to have it delivered to Defendant at the Metropolitan Correctional Center (ECF No. 232), is DENIED.

Dated: New York, New York
       April 20, 2021

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge