UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

JAMARR SIMMONS,

Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for November 16, 2022 at 10:00 a.m.

Dated: November 10, 2022
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge