**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

-against-

JAMARR SIMMONS,

Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

On Defendant's motion, made with the Government's consent, the sentencing scheduled for March 14, 2023 is adjourned to April 25, 2023 at 10:00 a.m.

Dated: January 30, 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge