UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JAMARR SIMMONS,

           Defendant.

----------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    On Defendant's motion, made with the Government's consent, the sentencing scheduled for April 25, 2023 is adjourned to June 14, 2023 at 10:00 a.m.

Dated: March 13, 2023
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge