UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JAMARR SIMMONS,

    Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

On the Government's motion, made with the Defendant's consent, the sentencing scheduled for June 14, 2023 is adjourned to July 27, 2023, at 11:00 a.m.

Dated: June 8, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge