UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

   -against-        SCHEDULING ORDER

JAMARR SIMMONS,        S3 20 Cr. 57-2 (GBD)

     Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

On the Defendant's motion, made with the Government's consent, the sentencing scheduled for July 27, 2023 is adjourned to September 28, 2023, at 10:00 a.m.

Dated: July 26, 2023
   New York, New York

               SO ORDERED.

               *[signature]*
               GEORGE B. DANIELS
               United States District Judge