**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

JAMMAR SIMMONS,

                    Defendant.

------------------------------------ x

SCHEDULING ORDER

S3 20 Cr. 57-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing scheduled for October 26, 2023 at 10:00 am is adjourned to November 16, 2023 at 10:15 am.

Dated: New York, New York
       October 2, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge