**STEPHANIE M. CARVLIN, ESQ.**
71 Hudson Street, Suite 5
New York, New York   10013

STEPHANIE M. CARVLIN,
ATTORNEY AT LAW

TELEPHONE: 917-549-0873
FAX: 212-608-9499
E-MAIL: CARVLIN@HOTMAIL.COM

June 6, 2024

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY   10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: JUN 10 2024

Re:   *United States v. Evans* (Jamarr Simmons)
       20-cr-57 (GBD)

Dear Judge Daniels:

I have been appointed by the Second Circuit to represent Jamarr Simmons on his appeal of his convictions in this case. I write to request that Your Honor make available to me a copy of the sealed Statement of Reasons with respect to Mr. Simmons's sentence. I need the document in connection with the appeal. If the Statement of Reasons is filed as part of my appendix in the Circuit, it will be filed under seal.

I have consulted with the government, and the government has no objection to this request.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:   AUSA Peter J. Davis (via ECF)